IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DOUGLAS AGEE, ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | 5:12-CV-02119-MHH |
| ) | |
| v. ) | |
| ) | |
| CHUGACH WORLD SERVICES, INC., ) | |
| and KONE, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant KONE, INC. ("KONE"), and submits the following Motion for Final Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. As grounds for its Motion, Defendant shows unto the Court as follows:

1. None of the plaintiff's claims in this case withstand the burden imposed on a Plaintiff confronted with a Motion for Summary Judgment. Each of the claims set out in *Count VII* through *XII* of the Amended Complaint are premised upon the breach of some duty. The Plaintiff cannot show that KONE owed any duty to the plaintiff.

2. Even if there existed a duty, there is certainly no evidence from which to deduce that any such duty was breached. Simply put, the plaintiff has not presented any evidence of a defect.

3. Even proceeding along a faulty assumption that a duty was breached, there is no evidence establishing a causal connection between the alleged incident and the damages claimed.  Put another way, there is no basis to conclude that plaintiff's injuries were caused by the elevator incident alleged.

4. Defendant KONE, Inc., hereby adopts and incorporates by reference its simultaneously filed Memorandum Brief In Support of Final Summary Judgment and all exhibits attached thereto.

Dated this 27th day of February, 2014.

        Respectfully submitted,

        SWIFT, CURRIE, MCGHEE & HIERS, LLP

        */s/ Douglas R. Kendrick*
        Douglas R. Kendrick (KEN044)
        ASB-9612-l66k
        Counsel for Defendant

1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia  30309
Telephone (404) 874-8800
John.Campbell@swiftcurrie.com
Douglas.Kendrick@swiftcurrie.com

**Of Counsel** – John W. Campbell, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** upon all parties to this matter via electronic mail and/or by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Davis L. Middlemas, Esq.
P.O. Box 590041
Birmingham, AL 35259
Tel:   (205) 380-0737
Fax:   (205) 879-9181
Email:  davis@middlemaslaw.com

Bryan A. Grayson, Esq.
Lloyd, Gray, Whitehead & Monroe PC
2501 20th Place South, Suite 300
Birmingham, AL 35223
Tel:   (205) 967-8822
Fax:   (205) 967-2380
Email:  bgrayson@lgwmlaw.com

Dated this 27th day of February, 2014.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Douglas R. Kendrick*
Douglas R. Kendrick (KEN044)
ASB-9612-l66k
Counsel for Defendant

1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia  30309
Telephone (404) 874-8800
John.Campbell@swiftcurrie.com
Douglas.Kendrick@swiftcurrie.com

**Of Counsel** – John W. Campbell, Esq.

2739702v.1