FILED
2014 Feb-27 PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **DOUGLAS AGEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NUMBER** |
| | ) | |
| v. | ) | 5:12-cv-02119-MHH |
| | ) | |
| **CHUGACH WORLD** | ) | |
| **SERVICES, INC. and KONE, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT CHUGACH WORLD SERVICES, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Chugach World Services, Inc. ("CWS"), pursuant to <u>Federal Rules of Civil Procedure</u>, Rule 56, and the Court's February 10, 2014 and February 18, 2014 (Doc. 37) Orders, moves the Court to enter an Order granting summary judgment in favor of CWS and dismissing all claims asserted by Plaintiff Douglas Agee ("Mr. Agee"), with prejudice. In support of its Motion, CWS shows the Court as follows:

1.   CWS is entitled to summary judgment on Mr. Agee's claims for negligent maintenance (Count 1), negligent repair (Count 2) and negligent monitoring (Count 3) because he cannot present substantial evidence that CWS breached a duty owed to him.

2.	CWS is entitled to summary judgment on Mr. Agee's claim for negligent failure to warn (Count 4) because he cannot present substantial evidence that CWS had knowledge of a dangerous condition.

3.	CWS is entitled to summary judgment on Mr. Agee's claims for negligent training and supervision (Counts 5 and 13) because he cannot present substantial evidence that CWS employed incompetent individuals to conduct elevator maintenance.

4.	CWS is entitled to summary judgment on Mr. Agee's claims for negligent training and supervision (Counts 5 and 13) because he cannot present substantial evidence establishing underlying wrongful conduct on the part of a CWS employee.

5.	CWS is entitled to summary judgment on Mr. Agee's claim for negligent hiring (Count 13) because he cannot present substantial evidence CWS hired improper persons to conduct elevator maintenance.

6.	CWS is entitled to summary judgment on Mr. Agee's claim for negligent hiring (Count 13) because he cannot present substantial evidence that any employee of KONE, Inc. engaged in underlying wrongful conduct.

7.	CWS is entitled to summary judgment on Mr. Agee's claim for wantonness (Count 6) because he cannot present substantial evidence CWS undertook any act with knowledge injury was likely to occur.

8. In support of this Motion, CWS is filing contemporaneously herewith its Memorandum of Law in Support of Motion for Summary Judgment.

WHEREFORE, CWS requests the Court enter an Order granting summary judgment in favor of it and dismissing, with prejudice, Mr. Agee's claims and taxing all Court costs against Mr. Agee.

Dated:  February 27, 2014.

        Respectfully submitted,


        By: */s Bryan A. Grayson*
         E. Britton Monroe, Esq. (asb-1454-072e)
         Taffi S. Stewart, Esq. (asb-0450-m72t)
         Bryan A. Grayson, Esq. (asb-8944-n65g)
         Attorneys for Defendant Chugach World Services, Inc.

**OF COUNSEL:**
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
Phone:  (205) 967-8822
Fax:  (205) 967-2380
bmonroe@lgwmlaw.com
tstewart@lgwmlaw.com
bgrayson@lgwmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2014, a true and correct copy of the foregoing has been furnished either through the Court's electronic filing or by U.S. Mail, postage prepaid, upon the following parties and other relevant individuals:

Davis L. Middlemas, Esq.
P.O. Box 590041
Birmingham, Alabama 35259
(205) 380-0737
davis@middlemaslaw.com
*Attorney for Plaintiff*

Douglas R. Kendrick, Esq.
Swift, Currie, McGhee & Hiers, LLP
The Peachtree
1355 Peachtree Street, NE
Suite 300
Atlanta, Georgia 30309
(404) 874-8800
douglas.kendrick@swiftcurrie.com
*Attorney for Defendant Kone, Inc.*

>*/s Bryan A. Grayson*
>OF COUNSEL